THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANK FERRARA, Appellant.

(Argued February 5, 1917; decided February 27, 1917.)

APPEAL from a judgment of the Supreme Court, rendered April 20, 1916, at a Trial Term for the county of New York upon a verdict convicting the defendant of the crime of murder in the first degree.

*Cæsar B. F. Barra* and *Gerard J. Cuoco* for appellant.

*Edward Swann, District Attorney* (*Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.